

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2019

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Sylvia Ash*,
             19 Cr. 780 (LAK)

Dear Judge Kaplan:

      The Government respectfully writes to advise the Court that, following the arraignment and initial pretrial conference in the above-captioned matter this afternoon, defense counsel advised the Government that he had already obtained a copy of the transcript of the presentment and bail argument held before Magistrate Judge Ona T. Wang on October 11, 2019. The Government understands that defense counsel will provide a copy to the Government, and the Government will promptly submit it to the Court upon receipt.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

             By:     s/ Eli J. Mark/Daniel C. Richenthal
                        Eli J. Mark
                        Daniel C. Richenthal
                        Assistant United States Attorneys
                        (212) 637-2431/2109
                        Alona Katz
                        Special Assistant United States Attorney

cc:     (by ECF)

       Roger V. Archibald, Esq.