G Michael Bellinger, Esq.
Iliza Weitzer, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005
Telephone: (212) 732-8665
bellinger@clm.com
weitzer@clm.com
*Attorneys for Defendant, Sylvia Ash*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19 CRIM 780 (LAK) |
| v | |
| SYLVIA ASH, | NOTICE OF APPEARANCE |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Defendant, Sylvia Ash. I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        November 12, 2019

CARTER LEDYARD & MILBURN LLP

By: _____
    G. Michael Bellinger, Esq.
2 Wall Street
New York, New York 10005
Tel: (212) 238-8665
bellinger@clm.com
*Attorneys for Defendant,
Sylvia Ash*

8941440.1