UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK STATE
---------------------------------------------X
UNITED STATES of AMERICA

                Plaintiff,

         -against-

SYLVIA ASH

               Defendant.
---------------------------------------------X

Case No.: 19 Cr. 780 (LAK)

**PROPOSED STIPULATION AND ORDER SUBSTITUTING ATTORNEY**

The undersigned hereby stipulate and consent to the substitution of the law firm of Carter Ledyard & Milburn LLP and its attorney, G. Michael Bellinger, as attorney of record for Defendant, Sylvia Ash in the above-captioned action in place and instead of the law firm of Roger Victor Archibald, PLLC, by and through attorney, Roger V. Archibald.

Dated: November 22, 2019
      Brooklyn, New York

CARTER LEDYARD & MILBURN LLP

By: _____
     G. Michael Bellinger

ROGER VICTOR ARCHIBALD, PLLC

By: /s/ Roger V. Archibald

SO ORDERED:

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK STATE
---------------------------------------------------------X
UNITED STATES of AMERICA

                        Plaintiff,                        Case No.: 19 Cr. 780 (LAK)

                 -against-                       **CONSENT TO CHANGE ATTORNEY**

SYLVIA ASH

                      Defendant.
---------------------------------------------------------X

    It is hereby consented that the law firm of Carter Ledyard & Milburn LLP and its attorney, G. Michael Bellinger, substitute as attorney of record for Defendant, Sylvia Ash in the above-captioned action in place and instead of the law firm of Roger Victor Archibald, PLLC, by and through attorney, Roger V. Archibald.

Dated: November 22, 2019
        Brooklyn, New York

                                                SYLVIA ASH

                                                By: _____
                                                    Sylvia Ash

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK STATE
_____X
UNITED STATES of AMERICA

                Plaintiff,

              -against-

SYLVIA ASH

              Defendant.
_____X

Case No.: 19 Cr. 780 (LAK)

**DECLARATION**

I, Roger V. Archibald, declare under penalty of perjury, that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New York and am a member of the law firm of Roger Victor Archibald, PLLC which is currently the counsel of record for Defendant, Sylvia Ash in the above-captioned action.

2. I was admitted to the United States District Court for the Southern District of New York on April 16, 2001.

3. I submit this declaration in support of the Stipulation and Order Substituting Attorney to substitute the law firm of Carter Ledyard & Milburn LLP and its attorney, G. Michael Bellinger, as the attorney of record for Defendant in this action in place and instead of its current counsel.

4. This substitution should cause no delay in proceedings of this case.

5. Defendant, Sylvia Ash has consented to the substitution of attorney, as evidenced in the Consent to Change Attorney form accompanying this Declaration.

6. Roger Victor Archibald, PLLC and the law firm of Carter Ledyard & Milburn LLP have both executed the Stipulation and Order Substituting Attorney accompanying this Declaration.

WHEREFORE, it is respectfully submitted that the Stipulation and Order Substitution Attorney be granted.

Dated: November 22, 2019
Brooklyn, New York

ROGER VICTOR ARCHIBALD, PLLC

By: _____
Roger V. Archibald