```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-25-19
```

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK STATE
----------------------------------------X
UNITED STATES of AMERICA

                Plaintiff,

      -against-

SYLVIA ASH

                Defendant.
----------------------------------------X

Case No.: 19 Cr. 780 (LAK)

~~PROPOSED~~
STIPULATION AND
ORDER SUBSTITUTING
ATTORNEY

    The undersigned hereby stipulate and consent to the substitution of the law firm of Carter Ledyard & Milburn LLP ~~and its attorney~~, G. Michael Bellinger as attorney of record for Defendant, Sylvia Ash in the above-captioned action in place and instead of the law firm of Roger Victor Archibald, PLLC, by and through attorney, Roger V. Archibald.

Dated: November 22, 2019
       Brooklyn, New York

                              CARTER LEDYARD & MILBURN LLP

                              By: _____
                                  G. Michael Bellinger

ROGER VICTOR ARCHIBALD, PLLC

By: _____
Roger V. Archibald

SO ORDERED:

_____
U.S.D.J.

11/25/19