UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

-against-                                                    19-cr-0780 (LAK) (LAK)

SYLVIA ASH,

                Defendant.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Defendant's letter motion to adjust the motion schedule and adjourn the trial [Dkt 23] is granted to the extent that the deadline for the filing of any motions by defendant shall be March 6, 2020, the government's reply shall be filed on or before March 20, 2020, and oral argument and a conference will be held on April 1, 2020 at 10 am. It is denied in all other respects. Unless otherwise ordered, trial will commence on May 18, 2020 as scheduled.

       SO ORDERED.

Dated:       January 24, 2020

                                                      _____
                                                      Lewis A. Kaplan
                                                   United States District Judge