**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-4-2020

March 3, 2020

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *United States v. Sylvia Ash*, 19 Cr. 00780 (LAK)

Dear Judge Kaplan:

We respectfully write on behalf of our client, Sylvia Ash, in the above reference matter to request an extension of time to submit motions, which currently are due March 6, 2020 (with the Government's reply due March 20, 2020 and oral argument scheduled for April 1, 2020). My firm recently was retained and has begun to review the discovery but needs additional time to determine what, if any, motions to file. I have conferred with the Government and it takes no position on our request to file any motions by March 20, 2020 with the Government's reply due April 3 and oral argument to be scheduled on a date thereafter based on the Court's schedule.

Respectfully submitted,

Carrie H. Cohen

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
3/4/2020

cc by ECF:  AUSA Daniel Richenthal
            G. Michael Bellinger, Esq. (counsel for Sylvia Ash)

ny-1876357