

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Sylvia Ash*,
           19 Cr. 780 (LAK)

Dear Judge Kaplan:

    The Government respectfully writes in the above-captioned matter, with consent of the defendant, to request that time be excluded under the Speedy Trial Act between today and May 18, 2020, the date of trial.

    At the initial pretrial conference on November 4, 2019, the Court ordered time excluded until the date of oral argument on any defense pretrial motions, March 3, 2020. Thereafter, at the defendant's request, the pretrial motions schedule was adjourned multiple times, with any such defense motions now due on March 20, 2020, and oral argument to follow the filing of the Government's opposition on April 3, 2020, on a date to be determined by the Court, as the defendant requested in her most recent motion. (*See* Dkt. Nos. 29-31.) However, that motion did not mention exclusion under Speedy Trial Act, and therefore, under the Government's calculation, time began to run on March 3, 2020.

    Accordingly, for the reasons previously discussed with the Court, and in light of the uncertainty posed by Coronavirus Disease 2019 (COVID-19), the Government, with consent of the defendant, requests that time be excluded under the Speedy Trial Act between today and May 18, 2020, the date of trial.

Memorandum Endorsement

Granted. For the reasons and referred to above, time is excluded from today to and including May 18, 2020.
    SO ORDERED.

Dated:     March 13, 2020

                                                  Lewis A. Kaplan
                                        United States District Judge