# Exhibit A

**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

February 20, 2020

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

*By email*

AUSA Daniel C. Richenthal and Eli Mark
Daniel.Richenthal@usdoj.gov
Eli.Mark@usdoj.gov
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:   *United States v. Sylvia Ash*, 19 Cr. 6780 (LAK)

Dear Dan and Eli:

On behalf of my client, Sylvia Ash, I hereby request all correspondence between your office and the Municipal Credit Union ("MCU") that relates in any way to the MCU's request that Ms. Ash return any electronic devices in her possession over which MCU claimed ownership, including, without limitation, an iPhone.

Sincerely yours,

Carrie H. Cohen