UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>SYLVIA G. ASH,<br><br>                    Defendant. | Case No. 1:19-cr-00780-LAK |

**DEFENDANT SYLVIA G. ASH'S NOTICE OF MOTIONS TO SUPPRESS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of her Motions to Suppress and Declaration of Carrie H. Cohen, dated March 20, 2020, defendant Sylvia G. Ash, by and through her undersigned counsel will move this Court, before the Honorable Lewis A. Kaplan for an order suppressing certain evidence pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure.

|  |  |
|---|---|
| Dated: New York, New York<br>March 20, 2020 | Respectfully Submitted,<br><br>MORRISON & FOERSTER LLP<br><br>By: <u>s/ Carrie H. Cohen</u><br>     Carrie H. Cohen<br>     250 West 55th Street<br>     New York, NY 10019<br>     Telephone: (212) 468-8000<br>     Facsimile: (212) 468-7900<br>     Email: CCohen@mofo.com<br><br>*Counsel for Defendant Sylvia G. Ash* |