UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SYLVIA G. ASH,<br><br>        Defendant. | Case No. 1:19-cr-00780-LAK<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Janie C. Buckley of Morrison & Foerster LLP hereby appears in the above-captioned action on behalf of defendant Sylvia Ash.

Dated: New York, New York
    March 24, 2020

              MORRISON & FOERSTER LLP

              By: __s/ Janie C. Buckley_____
                 Janie C. Buckley
                 250 West 55th Street
                 New York, NY 10019
                 Telephone: (212) 468-8000
                 Facsimile: (212) 468-7900
                 Email: JBuckley@mofo.com

              *Counsel for Defendant Sylvia G. Ash*

ny-1889541