MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

March 31, 2020

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sylvia G. Ash*, 1:19-cr-00780 (LAK)

Dear Judge Kaplan:

      We represent defendant Sylvia G. Ash in the above-referenced case. We write regarding the March 27, 2020 Southern District of New York Standing Order that suspends all jury trials until June 1, 2020 because of the current COVID-19 pandemic ("Standing Order").

      Trial in this matter is currently scheduled to begin on May 18. In light of the Standing Order and in the hope that further rescheduling can be avoided, Ms. Ash respectfully requests that the first day of trial in this case be rescheduled for October 19, 2020. We have conferred with the government regarding the rescheduling of the trial and the government consents to this request. Ms. Ash also requests that time be excluded under the Speedy Trial Act between May 18, 2020 and October 19, 2020, should the Court order trial to begin on that date.

Respectfully Submitted,

Carrie H. Cohen

cc by ECF:  AUSAs Daniel Richenthal and Eli Mark
              G. Michael Bellinger, Co-Counsel for Sylvia G. Ash

ny-1895372