**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

MEMO ENDORSED

April 7, 2020

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Sylvia G. Ash*, 1:19-cr-00780 (LAK)

Dear Judge Kaplan:

We represent defendant Sylvia G. Ash in the above-referenced case. We write on behalf of the parties to respectfully request that Ms. Ash be granted leave to file a reply, not to exceed ten pages in length, by April 10, 2020 and the government be granted leave to file a sur-reply, not to exceed ten pages in length, by April 15, 2020. The parties agree that oral argument is unnecessary if their requests for leave to file a reply and sur-reply are granted.

Respectfully Submitted,

Carrie H. Cohen

cc by ECF:  AUSAs Daniel Richenthal and Eli Mark
G. Michael Bellinger, Co-Counsel for Sylvia G. Ash

Granted
[signature]
USDJ
4/8/2020

ny-1898068