**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

August 24, 2020

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sylvia G. Ash*, 1:19-cr-00780 (LAK)

Dear Judge Kaplan:

We represent defendant Sylvia G. Ash in the above-referenced case. We respectfully write regarding the impact of the continuing COVID-19 pandemic on jury trials and in advance of the teleconference scheduled for August 27, 2020.

Trial in this matter currently is scheduled to start on October 19, 2020. In light of the continuing pandemic, the parties jointly request that the trial in this case be rescheduled for a date certain in the spring 2021 with a preference for May 3, 2021 or, in the alternative, April 26, 2021, depending of course on the Court's schedule. Ms. Ash consents to the exclusion of time under the Speedy Trial Act between October 19, 2020 and the date the Court orders trial to begin, should the Court grant the parties' joint request.

Respectfully Submitted,

Carrie H. Cohen

cc by ECF:  AUSAs Daniel Richenthal and Eli Mark
            SAUSA Alona Katz

ny-1975388