MEMO ENDORSED

**MORRISON | FOERSTER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-5-2020

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212 468 8000
FACSIMILE: 212 468 7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

November 4, 2020

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sylvia Ash*, 19 Cr. 00780 (LAK)

Dear Judge Kaplan:

We represent Sylvia Ash in the above matter and write regarding the previously requested ready for trial date of first quarter 2021 and the government's motion ███████████ ████████████████.

As we have informed the government, our client, Sylvia Ash, ██████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████ At the last conference, based on the parties' request, the Court agreed to submit this case to be scheduled for trial in the first quarter of 2021, pursuant to the new trial scheduling procedures in the District. Based on Ms. Ash's medical condition, we respectfully request that the Court remove this case from consideration for scheduling for trial in the first quarter of 2021 and submit the case to be scheduled for trial in the second quarter of 2021. The

ny-2017176

MORRISON | FOERSTER

The Honorable Lewis A. Kaplan
November 4, 2020
Page Two

government consents to this request. Ms. Ash also consents to the exclusion of time under the Speedy Trial Act between January 4, 2021 and April 1, 2021.

We have also conferred with the government regarding a briefing schedule for the government's recently filed motion ███████████████████████████████ and jointly respectfully request that the Court enter the following briefing schedule: Ms. Ash's opposition to the motion due by December 1, 2020 and the government's reply to the opposition due by December 11, 2020.

Respectfully submitted,

*/s/ Carrie H. Cohen*

Carrie H. Cohen

> Granted. Time excluded for Speedy Trial Act purposes from now until 4/1/2021 for reasons stated above. The interests of justice outweigh the interests of the def. and the public in a speedy trial.
>
> SO ORDERED
> /s/ Lewis A. Kaplan
> LEWIS A. KAPLAN, USDJ
> 11/5/2020

ny-2017176