**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-30-21

June 29, 2021

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10005

Re:   *United States v. Sylvia Ash*, 19-cr-780 (LAK)

Dear Judge Kaplan:

We represent Defendant Sylvia G. Ash in the above-captioned matter and respectfully write to seek permission for Ms. Ash to travel to visit with family out of state on July 4th.

Pursuant to the terms of Ms. Ash's pre-trial release, Ms. Ash's travel is restricted to the Southern and Eastern Districts of New York. (ECF No. 5.) As a temporary modification to the terms of her pre-trial release, Ms. Ash respectfully requests permission from the Court to travel to New Jersey to attend a family barbecue in celebration of Independence Day on July 4th. The government, by Assistant United States Attorneys Daniel Richenthal and Eli Mark, and the United States District Court Pretrial Services Office of the Southern District of New Yok, by Lea Harmon to whom Ms. Ash reports, have no objection to this request.

Respectfully submitted,

Carrie H. Cohen

Granted by consent.
[signature] Lewis A. Kaplan
6/30/21

cc by ECF: AUSAS Daniel Richenthal and Eli Mark; SAUSA Alona Katz
cc by email: United States District Court Pretrial Services Officer Lea Harmon

ny-2134220



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2021

**By Email**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Sylvia Ash*,
           **19 Cr. 780 (LAK)**

Dear Judge Kaplan:

    The Government writes in connection with the application of defendant Sylvia Ash to travel to New Jersey on July 4, 2021, to attend a family gathering (Dkt. 71). The defendant, through counsel, has informed the Government that she has notified and obtained the permission of her pretrial services officer for the proposed travel, and in light of that, the Government similarly has no objection to the request.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

        By:    <u>s/ Eli J. Mark</u>
                Eli J. Mark
                Daniel C. Richenthal
                Assistant United States Attorneys
                (212) 637-2431/2109
                Alona Katz
                Special Assistant United States Attorney

cc:     (by email)

        Carrie Cohen, Esq.
        Janie C. Buckley, Esq.
        G. Michael Bellinger, Esq.