**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

# MEMO ENDORSEMENT

August 10, 2021

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10005

Granted.

/s/ Lewis A. Kaplan     /BT      8/11/2021
United States District Judge

Re:   *United States v. Sylvia Ash*, 19-cr-780 (LAK)

Dear Judge Kaplan:

We represent Defendant Sylvia G. Ash in the above-captioned matter and respectfully write to seek a modification to the terms of Ms. Ash's pre-trial release conditions to allow Ms. Ash to travel to Bergen County, New Jersey and Essex County, New Jersey. Pursuant to the terms of Ms. Ash's pre-trial release, Ms. Ash's travel is restricted to the Southern and Eastern Districts of New York. (ECF No. 5.) Ms. Ash seeks the above modification for purposes of staying with family to recuperate from surgery and for visiting with family who live in Bergen and Essex Counties. Ms. Ash requests that permission to travel to these two counties in New Jersey be granted through the date of trial in this matter, which is currently scheduled for November 30, 2021.

The government, by Assistant United States Attorneys Daniel Richenthal and Eli Mark has no objection to this request. The United States District Court Pretrial Services Office of the Southern District of New York, by Lea Harmon to whom Ms. Ash reports, also has no objection to this request, provided that Ms. Ash provide the name, telephone number, and address of any family member with whom Ms. Ash will stay overnight to the Pretrial Services Office in advance, which Ms. Ash is willing and commits to so do.

Respectfully submitted,

Carrie H. Cohen

cc by ECF:  AUSAS Daniel Richenthal and Eli Mark; SAUSA Alona Katz
cc by email: United States District Court Pretrial Services Officer Lea Harmon

ny-2201373