```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                                               19-cr-0780 (LAK)

SYLVIA ASH,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This case is set for trial commencing on November 30, 2021. Counsel should assume that it will not be postponed further. Proposed voir dire questions and requests to charge shall be filed no later than November 9, 2021.

        SO ORDERED.

Dated:    September 1, 2021

                                                    /s/ Lewis A. Kaplan   /BT
                                                          Lewis A. Kaplan
                                               United States District Judge