UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

           -against-                                      19-cr-0780 (LAK)

SYLVIA ASH,

                  Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Having reviewed the parties' letters of October 29 and November 12, 2021 (Dkts 97, 104), it is hereby

        ORDERED, as follows:

        1.    On or before November 19, 2021, defendant shall provide the government with (a) written notice and the contours (including the bases and scope of, and the count or counts to which it is said to apply) of any advice of counsel defense that she will raise at trial, and, if so, (b) all documents (including attorney-client and attorney work product documents) that support or might impeach or undermine any such defense.

        2.    The Clerk shall terminate Dkt. 104.

        SO ORDERED.

Dated:     November 15, 2021

                                              Lewis A. Kaplan
                                              United States District Judge