```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                      -against-                                  19-cr-0780 (LAK)

SYLVIA ASH,

                      Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Following argument of the *in limine* motions, counsel should be prepared to discuss whether the vaccine status of prospective jurors should be ascertained during *voir dire*, whether unvaccinated prospective jurors should be excused on that basis, and more generally the role, if any, that vaccination status ought to play in selecting and seating a jury in this case.

      SO ORDERED.

Dated:     November 16, 2021

                                                          /s/ Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                     United States District Judge