```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,


                -against-                                    19-cr-0780 (LAK)


SYLVIA ASH,

                        Defendant.
------------------------------------------x
```

**ORDER**

Lewis A. Kaplan, *District Judge.*

       The Court will hear oral argument on the pending motions *in limine* on November 18, 2021 at 2 pm.

       SO ORDERED.

Dated:    November 16, 2021

                                                          Lewis A. Kaplan
                                                 United States District Judge