UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA            :

    - v.-                                      :        S1 19 Cr. 780 (LAK)

SYLVIA ASH,                                    :

                    Defendant.   :
-------------------------------------------------------------x

        IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States v. Sylvia Ash*, S1 19 Cr. 780 (LAK), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Tuesday, November 30, 2021. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

SO ORDERED:

Dated: November 7, 2021
       New York, New York

*[signature]*
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE