**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

November 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-21

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

*By ECF and Hand Delivery*

The Honorable Lewis A. Kaplan
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sylvia Ash*, 19 Cr. 780 (LAK)

Dear Judge Kaplan:

Counsel for Ms. Ash respectfully submits this letter in connection with the upcoming conference, set for 2:00 p.m. on Thursday, November 18, 2021 (the "November 18 Conference"), in the above-referenced matter. At the November 18 Conference, the Court will hear oral argument on the parties' pending motions *in limine*.

We respectfully request that the undersigned counsel be permitted to appear virtually and make argument at the November 18 Conference via Microsoft Teams. My co-counsel, Nathan Reilly and Janie Buckley, will be present in-person in Court. We have consulted with the government, who has no objection to me appearing before the Court virtually.

Additionally, we seek leave of the Court to waive Ms. Ash's appearance at the November 18 Conference. We have consulted with the government, who takes no position with respect to this request.

Respectfully submitted,

*/s/ Carrie H. Cohen*

Carrie H. Cohen

cc: Counsel of record

Granted
SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
11/17/21