USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                         19-cr-0780 (LAK)

SYLVIA ASH,

                      Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the reportedly unresolved disagreement between defendant and the Municipal Credit Union ("MCU") concerning MCU's assertion of attorney-client privilege and/or work product protection with respect certain materials evidently sought by defendant and the desirability of settling that matter in advance of trial, it is hereby

        ORDERED, as follows:

        1.    Any application by defendant to compel MCU to produce any such material shall be filed no later than 1 p.m. on November 24, 2021.

        2.    Defendant shall provide MCU with a copy of this order today and advise MCU as promptly as possible whether defendant will make any such motion.

        3.    Defendant shall not present evidence or argument to the jury regarding MCU's assertion of privilege and/or work product protection, including in opening statement, absent prior permission of the Court.

        SO ORDERED.

Dated:    November 22, 2021

                                                          _____
                                                           Lewis A. Kaplan
                                                      United States District Judge