USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                  19-cr-0780 (LAK)

SYLVIA ASH,

                       Defendant.
------------------------------------------x

## ORDER ON *IN LIMINE* MOTIONS

LEWIS A. KAPLAN, *District Judge.*

        The government and the defendant both have filed *in limine* motions. The Court substantially resolved them during oral argument on November 18, 2021. It notes here in summary fashion its disposition of the points raised although noting that the transcript of its rulings on November 18 shall govern in the event of any conflict with this order. The references below to the government's and the defendant's motions are to the argument headings in their respective memoranda, Dkts 96 and 95, respectively.

*Government's Motions*

| | |
|---|---|
| I | Granted. |
| II | Granted |
| III | Granted |
| IV | Reserved |
| V | Denied - moot |
| VI | Denied - moot |
| VII | Denied without prejudice to renewal at trial if appropriate |
| VIII | Reserved |
| IX | Denied - moot |
| X | Denied - moot |
| XI | Reserved |

*Defendant's Motions*

| | |
|---|---|
| IB | Denied |

IC    Denied
ID    Reserved
IE    Reserved
II    Denied - moot
III   Denied

The Clerk shall terminate Dkts 94 and 96.

SO ORDERED.

Dated:    November 22, 2021

_____
Lewis A. Kaplan
United States District Judge