```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

          -against-                              19-cr-0780 (LAK)

SYLVIA ASH,

                    Defendant.
------------------------------------x

## SCHEDULING ORDER ON SUPPLEMENTAL *IN LIMINE* MOTIONS

LEWIS A. KAPLAN, *District Judge.*

        The government late today filed additional supplemental *in limine* motions. While the Court deeply regrets possibly interfering with the holiday weekend plans of all concerned, it has no practical alternative given the November 30 trial date. Accordingly, unless counsel can reach a written agreement resolving the open issues, defendant shall file any responses to the government's latest filings no later than 5 pm on Friday, November 26, 2021. If an agreement is reached, it shall be filed no later than that time.

        SO ORDERED.

Dated:      November 23, 2021

                                      /s/    Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                           United States District Judge