UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SYLVIA ASH,<br><br>                Defendant. | Case No. 1:19-cr-00780-LAK<br><br>[~~PROPOSED~~] ORDER |

Upon the application of Sylvia Ash, by her attorney Carrie H. Cohen, for an order authorizing the Jury Administrator for the Southern District of New York to produce records pursuant to 28 U.S.C. § 1867(f)[1]:

IT IS HEREBY ORDERED that the Jury Administrator for the Southern District of New York is authorized and directed to produce the following records (the "Jury Records") to the counsel for Ms. Ash and to counsel for the government, on or before November 30, 2021:

    (a)    A list of all the individuals who received a summons to appear for jury service at the Southern District of New York on November 30, 2021 (the "November 30 potential jurors"), including each individual's demographic information, such as age, race, and gender;

    (b)    A copy of the summons received by the November 30 potential jurors, including any additional instructions, such as the Southern District of New York's "Supplemental Juror Questionnaire"[2];

    (c)    Records of the results of the phone screening described in the Supplemental Juror Questionnaire, including each potential juror's answers to Questions 1 through 9, and whether each potential juror's service was excused or postponed.

---

[1] Pursuant to 28 U.S.C. § 1867(f) and subject to the additional limitations set forth below, the Jury Records provided to the parties shall not be disclosed to third parties except "as may be necessary in the preparation or presentation of a motion" under 28 U.S.C. § 1867(a) or (b).

[2] https://www.nysd.uscourts.gov/sites/default/files/pdf/Jury_Duty/Supplemental%20Juror%20Questionnaire.pdf

IT IS FURTHER ORDERED that the Jury Records will be produced subject to the November 6, 2019 Protective Order (ECF No. 13) in place in this matter (the "Protective Order") and considered "Confidential Information" as that term is defined in the Protective Order.

SO ORDERED:

Dated: New York, New York
       November 27, 2021

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE