UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       -against-                                        19-cr-0780 (LAK)

SYLVIA ASH,

                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DENYING DEFENDANT'S
## SUPPLEMENTAL *IN LIMINE* MOTION

LEWIS A. KAPLAN, *District Judge*.

      Defendant's supplemental *in limine* motion, dated November 24, 2021 (Dkt 125), is denied, substantial for the reasons set forth in the government's opposition (Dkt 126). *See also United States v. Geaney,* 417 F.2d 1116, 1120 (2d Cir. 1969) (Friendly, J.); *United States v. Barnes,* 604 F.2d 121, 156 (2d Cir. 1979) ("where the parties are engaged in a 'concert of action' or 'joint venture' involving criminal conduct, out-of-court declarations are admissible even though the indictment does not charge conspiracy").

      SO ORDERED.

Dated:     November 28, 2021

                                                        /s/    Lewis A. Kaplan
                                                _____
                                                      Lewis A. Kaplan
                                              United States District Judge