# NYCOURTS.GOV

## Ethics Commission

## About the Commission

The Ethics in Government Act of 1987 was enacted in order to promote public confidence in government, to prevent the use of public office to further private gain, and to preserve the integrity of governmental institutions. The Act accomplishes those goals by prohibiting certain activities, requiring financial disclosure by certain State employees, and providing for public inspection of financial statements.

Since 1990, the Ethics Commission for the Unified Court System has been responsible for administering the distribution, collection, review and maintenance of annual financial disclosure statements. The powers and duties of the Commission are set forth in 22 NYCRR Part 40 (Chief Judge's Rule) and the procedures promulgated by the Commission are set forth in 22 NYCRR Part 7400.

The Ethics Commission for the Unified Court System is comprised of five members appointed by the Chief Judge, upon consultation with the Administrative Board of the Courts. Two members of the Commission must be State Judges or Justices, and at least two shall not be public officers or employees. The chair is designated by the Chief Judge. The Commissioners serve without compensation. Each Commissioner serves for a term of five years.

Commission Members

- Hon. Robert J Miller, Appellate Division, Second Department, Chair
- Rosemary Garland-Scott, Esq.
- Lisa DiPoala Haber, Esq.
- Hon. Shirley Troutman, Appellate Division, Fourth Department
- Hon. Barbara Zambelli (Ret.)

Commission Staff

- Elizabeth A. Hooks, Acting Executive Director



- Pamela Varner, Court Analyst.