## Introduction

- What is your name?
- Are you currently employed?
- Where do you work?
- Is that also known as HTAU?
- How long have you worked there?
- What is your title?
- What are some of your responsibilities as a forensic analyst?
    - What kind of devices do you analyze?
    - Approx. how many cellphones have you analyzed during your time
- Where did you work before HTAU?
    - What was your title at SNC?
    - What kind of work did you do?
- Tell the jury what kind of training and certifications you've received.
- Are you familiar with a program called Cellebrite?
- Do you use Cellebrite regularly?
    - Can you explain to the jury how you use Cellebrite in your job.
    - What does a Cellebrite report look like?
    - What kind of devices
- Are you familiar with a program called Graykey?
    - Do you use Graykey regularly?
    - Can you explain to the jury how you use Graykey in your job.

## Device photographs and Intake

- I'm showing you GX#s 269 (TB12), GX#270 (TB13), GX#260 (stroz harddrive), GX#268 (CP13), GX#   (CP#1), GX #248, and GX#   (PC7).
- Have you had a chance to look at those exhibits?
- In general, what are they?
- When did you analyze these devices?
- Where did you conduct the analysis?
- Are those photographs fair and accurate representations of the devices that you analyzed?
- The government admits GXs 269, 270, 260, 268, 248, and     .
- How did you receive these devices?
- Can you describe the intake process?

## Device extraction screen shots

- I'm showing you GX#262, GX#263 (TB12), GX#264, GX#267 (TB13), GX#252, GX#253 (CP16), GX#255, GX#256 (CP 17), GX#259. GX#258 (CP18), GX#204 GX#205, GX#206 (icloud), GX#   , GX#208, GX#207 (CP1), GX#250 (CP15).
- Have you had a chance to look at those exhibits?
- In general, what are they?
- Did you create these screenshots?

- When?
- How?
- Where are these screenshots from?
- Are these screenshots fair and accurate representation of the extraction summary page and powering events section of your Cellebrite reports?
- In general, what if any kind of device information is displayed on an extraction summary?
- In general, what if any kind of information is contained in the powering events section of a Cellebrite report?
- The government admits GX#262, GX#263 (TB12), GX#264, GX#267 (TB13), GX#252, GX#253 (CP16), GX#255, GX#256 (CP 17), GX#259. GX#258 (CP18), GX#204 GX#205, GX#206 (icloud), GX#   , GX#208, GX#207 (CP1), GX#250 (CP15).

- Permission to publish exhibits GX#s 269 (TB12), GX#270 (TB13), GX#260 (stroz harddrive), GX#268 (CP13), GX#   (CP#1), GX #248, and GX#   (PC7), GX#262, GX#263 (TB12), GX#264, GX#267 (TB13), GX#252, GX#253 (CP16), GX#255, GX#256 (CP 17), GX#259. GX#258 (CP18), GX#204 GX#205, GX#206 (icloud), GX#   , GX#208, GX#207 (CP1), GX#250 (CP15),

### CP 16, 17, and 18 (Stroz Harddrive)

- I'm displaying GX#260.  What is this?
- Directing your attention to February 23, 2021, were you asked to analyze the contents of this hard drive?
- Can you explain to the jury what steps you took?
- What if anything was saved inside the device?
- How many files?
- What kind of files?
- What if any steps did you take next regarding the three files inside?
- Can you explain the Cellebrite conversion process?
- What kind of information was contained in the three Cellebrite reports?
- Were you asked to extract any information from the reports?
- What kind of information?
- What specific sections of the report?
- What steps did you take to generate the reports?
- I'm showing you GX#251 and GX#251A-E (CP16), GX#254 and GX#254A-E (CP17), GX#257 and GX#257A-E.  Are you familiar with these exhibits?
- In general, what are they?
- Are they fair and accurate copies of the reports and sub-reports you generated?
- People admit GX#251 and GX#251A-E (CP16), GX#254 and GX#254A-E (CP17), GX#257 and GX#257A-E.
- Permission to publish?

CP16

- I'm publishing to the jury GX#253.  Can you explain to the jury what this?
- Does GX#253 show what kind of device the report was generated from?

- How?
- What if any device identifiers are displayed?
- Does GX#253 show any dates? 1/31/18
- What does that date mean?
- What is date range of the contents of this report?
- I'm publishing to the jury GX#254.  Can you explain to the jury what this is?
- Does GX#254 show any user provided information?
- Where?
- Looking at GX#254, what was the user name of this device?
- I'm publishing GX#251 (page 14-17) to the jury.
- What is this?
- Can you determine who the sender and recipients are?  How?
- Can you determine what the dates of the messages are?
- Can you read the message contents of GX#251   (page 14-17)? *Wong tells Ash she is the first to select MCU suite tickets.  Page 17 – she loves stainless steel watchband.*
- I'm publishing GX#   (page 29-38) to the jury. What is this? Can you read the message contents to the jury including who the identified sender and recipients are? (page 29)? *Ash asks for US Open Tickets*
- I am now going to move to page 31.  Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he has tickets for US open.*
- I am now going to move to page 32.  Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he has Mets tickets.*
- I am now going to move to page 36-38.  Can you read the message contents to the jury including who the identified sender and recipients are? *Ash says she is putting in order her tickets for next year.  Wong asks if the seats are OK and says he will do better next year.*
- I'm publishing GX#   (pages 39-40) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he has a rose gold iphone 6s for her and she say she can't wait to get it.*
- I'm publishing GX#   (pages 55-58) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash says she wants a Mac Air and Wong says he wouldn't get her any cheap stuff.*
- I am now going to move to page 56. Can you read the message contents to the jury including who the identified sender and recipients are? *Ash thanks Wong for the Knicks tickets.*
- I'm publishing GX#   (page 61) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash tells Wong he can call ANY time.*
- I'm publishing GX#   (page 62-64) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he found out about watch style and she says it looks rich like her and thanks him for the Mets tickets.*
- I'm publishing GX#   (page 65) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash tells Wong she loves her phone and asks if he should bring watch band to PR.*

- I'm publishing GX#  (page 69-70) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he got her ipad pro.*
- I'm publishing GX#  (page 81) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he has Knicks game tickets*
- I'm publishing GX#  (page 115) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash asks Kam to use suite at MCU park for annual birthday party.*
- I'm publishing GX#  (page 136) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash asks Kam it is a good idea to increase conference expense allowance to 20K and thanks him.*
- I'm publishing GX#  (page 144-145) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash asks Kam for Mets or Yankees tickets for friends.*
- I'm publishing GX#  (page 153-154) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash asks Kam to use suite at MCU park during August for her party.*
- I'm publishing GX#  (page 157) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash tells Kam she will be in city and asks if he has extra tickets or iphone available.*
- I'm publishing GX#  (page 162) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Kam tells Ash to wait for iphone x to come out.  Ash tells him she is director on NYUL now and wants to partner with MCU.*
- I'm publishing GX#  (page 180-83) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he has silver iPhoneX for her.*
- I'm publishing GX#  (page 185) to the jury.  What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Wong tells Ash he has ipods for her.*
- <mark>ADD GUAGLIARDO MESSAGES</mark>

CP17

- I'm publishing GX#256 to the jury.  What is this?
- Can you tell the jury what if any device identifiers are displayed?
- Is that the same identifier that was contained in GX#253?
- Does GX#256 show any dates? 2/5/18
- What does that date mean?
- I'm publishing GX#255 to the jury.  Can you explain to the jury what this is?
- Does GX#255 show any user provided information?
- Where?
- Looking at GX#255, what was the user name of this device?
- Is that the same user name from GX#254?

- What is date range of the contents of this report?
- I'm publishing GX#256 (page 1) to the jury. What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash tells Wong she has his back.*
- Did you compare the text messages in this report to the report from GX#253?
- What was the result:
    - Some messages were gone. These messages were still in phone:
        - *Page 40-43 – duplicate of GX#251 (page 14-17)*
        - *Page 58-61 - duplicate of GX#251 (page 29-32)*
        - Page 61-62 – duplicate of *GX#251* page 36-38.
        - Page 66-68 – duplicate of *GX#251* pages 39-40

- *==ADD GUAGLIARDO MESSAGES==*

<u>CP18</u>

- I'm publishing to the jury GX#259. What is this?
- Can you tell the jury what if any device identifiers are displayed?
- Is that the same identifier that was contained in GX#253 and GX#256?
- Does GX#259 show any dates? 10/6/20
- What does that date mean?
- I'm publishing to the jury GX#258. Can you explain to the jury what this is?
- Does GX#258 show any user provided information?
- Where?
- Looking at GX#258, what was the user name of this device?
- Is that the same user name from GX#254 and GX#255?
- What is date range of the contents of this report?
- I'm publishing GX#259 (page 2-4) to the jury. What is this? Can you read the message contents to the jury including who the identified sender and recipients are? *Ash says she went to Singapore and used his name but didn't get a discount. Wong says they have multiple parties, just like her and he will look into Barclys events.*
- Did you compare the text messages in this report to the other two reports?
- What was the result: Some messages were gone. These messages were still in phone:
    - *Page 5 duplicate of GX#256 (page 1)*
    - *Page 37-38 duplicate of GX#251 36-38 and GX#256 (page 61-62)*
    - *Page 39 duplicate of GX#251 pages 39-40 and GX#256 (66-68)*
    - *Page 40-41 duplicate of GX#251 page 32*
    - *Page 58-61 duplicate of GX#251 (page 14-17)*
    - *Page 75 duplicate of GX#251 (page 29-32)*
    - *Page 78-83 duplicate of GX#251 (page 29-38)*
    - *Page 85-86 duplicate of GX#251 GX# (pages 39-40)*

- *==ADD GUAGLIARDO MESSAGES==*

### CP 15 – Wong iPhone

- I'm publishing GX#248 to the jury.
- Do you recognize this?
- What is it?
- What if any type of forensic analysis did you perform on this?
- I'm publishing GX#250 to the jury.
- Do you recognize this?
- What is it?
- Can you describe that device?
- Does GX#250 show what kind of device the report was generated from?
- How?
- What if any device identifiers are displayed?
- Do those identifiers match the same three Cellebrite reports you just discussed?
- Does GX#253 show any dates?
- What does that date mean?
- What is date range of the contents of this report?
- What kind of information was contained in this report?
- Were you asked to extract any information from this report?
- What kind of information?  From where?
- What steps did you take to generate the extraction?
- GX246 – Ash Search Results
    - GX#246: Ash messages, Brantley messages, Monique messages, Mario messages, Ruby Wong messages, Rebeca Farley messages.
    - GX#246, Page 687, Sylvia Ash contact card.
    - GX#246, Page 690, Sylvia Ash emails, 2/6/18 – LTD Insurance memo, 1/28/18 – Ash memo to send to Mr. Jackson by assistant, 1/25/18 – email to Lavelle asking for a copy of the memo he provided.
    - GX#246, Page 693, Log entries for AppleID hon.sylviaash85@gmail.com and hon.sylviagash@aol.com, search item for Ash on facebook, social media facebook posts with Ash.
    - GX#246, Page 695, Voicemails from Ash on 1/18/18 and 1/16/18.
    - GX#246, Page 995, Timeline of IMs 8/19/11 – Ash messages start on page 711, item #265: page 712 Ash is first to select MCU park tickets before other board members, page 712 talk about apple watch, page 715 MCU park tickets?, page 716-19 FDNY/NYPD night tickets, page 721 great idea to have meeting in PR, page 722 menu at MCU park?, page 725 Mets tickets,  page 1027-29 IMs with Ash exemtion charges for conf.s, page 1030 emails with Ash
- GX#247 – Guagliardo search results

### CP1 Wiped iPhone X

- CP 1 device photo GX#_, powering events GX #208, Extraction screenshot GX#207

### Empty Tablets: TB12 and 13

- TB 12 device photo GX#269, TB 12 powering events GX#262, TB12 extraction screenshot GX#263
- TB13 device photo GX #270, TB 13 extraction screenshot GX#264, TB13 power events log GX #267

## iCloud SW

- GX#205 and #206: extraction screenshots
- GX#204: Extraction report summary and identifiers
- GX#200: Apple text messages produced later on, 12/1/17 – 11/28/18

## CP13 – Arrest Airport Phone

CP 13 device photo GX #268

Identifier Evidence: Photo album GX #214, Gmail screen GX#215, Mail items screen that shows MCU Woman chair article GX#217, Settings screen shot GX#218, icloud settings screen GX#224, contacts screen for Hon. Sylvia Ash GX# 226, Cover photo with birthday shot GX#229

Message Extractions

**iMessages**

- GX#230, 3/18/2018 – 4/29/2018,  516-666-3082: Messages about Madeline
- GX#231, 11/21/15 -2/14/18, Wong 646-338-8833: 2015 Happy birthday to Kam, Christmas gifts to the board, 2/2/18 offers to be assistance to Wong who says he knows who his real supporters are, she has his back, 2/14/18 Kam makes joke about all her birthday parties, Singapore,
- GX#244, 4/29/18, Wong, 516-666-3082: conversation about grandchild looking like her dad.
- GX#244, 3/2/18, MCU Attorney, 646-647-7094: Melissa Jampol contact info.
- GX#243, 11/26/15, Gio: Happy Thanksgiving.
- GX#243, 11/21/15 – 2/15/18, Wong 646-338-8833: 12/20/15 Christmas gifts to the Board and Monique, 2/2/18 offers to be assistance to Wong who says he knows who his real supporters are, she has his back, 2/14/18 Kam makes joke about all her birthday parties, 2/1/19 beach photo sent to Monique.
- GX#240, 5/27/18 Credit Union Wong article, 5/1/518 MCU Park manager contact info., 5/15/18 Caribbean article about Ash, 5/11/18 CU article about Wong, 5/11/18 MCU attachments, 5/8/18 justice.gov press release.
- GX#241, 1/20/19 Carribean Collective lawyers blurb, 7/25/18 Guagliardo 917-670-3336 MCU memoirs, NYT article, prayers of volunteers.
- GX242, 3/18/18-4/30/18 Wong 516-666-3082 photos of madeline, MCU Attorney, 646-647-7094: Melissa Jampol contact info.

**SMS Messages**

- GX#236, SMS message 12/25/18 – empty files sent to Gio, 5/24/18 message about hosting NYUL event and donation to replace MCU commitment, 5/11/18 CUtimes article about Wong ordered to undergo mental health counselling, 2/11/18 empty file to Wong, 1/30/18 Empty file to Nana/Beryle/Monique
- GX#237, SMS messages, 2/11/18, Wong, 646-338-8833, message about Singapore trip.
- GX#238, SMS messages: 9/5/18 message with Mary about MCU account she forgot about, 7/8/18 message to Nana and Beryl adding James to whatsapp chat and telling them not to write to her on this app we have a problem, 5/20/18 CBS MCU article, 5/17/18 ChiefLeader MCU article, 5/11/18 CUtimes MCU article.
- GX#239, SMS messages, 2/19/18 Nana and Beryl, the minutes leave the board unprotected, 2/11/18 Wong, Singapore trip, 1/30/18 Monique, Major, Nana visiting Jenkins.
- GX#245, SMS messages, 1/30/18 Major, Nana, Monique, pray for Shirley and Kam. User account info.

Email extractions

- GX#233 Emails: 7/2/19 – sitting judge served with a grand jury subpoena, email from DOJ re: subpoena, 6/5/19: crain alert ex MCU CEO sentenced for embezzling, 5/30/19 Beryl Major shares Kam Wong sentencing memo

Contacts Cards

- GX#232: Contact Card for Lavelle Jackson
- GX#235: 111 Contacts (20 pages) including Lavelle Jackson again. #72 MCU Board Facts memo with timeline of events

Calendar

- GX#234: Calendar entries for 8/16/18 meet with Eli Mark, 8/16/18 meet with Archibald, 7/9/18 Meet with Eli Mark, 6/22/18 MCU Board suspended, 6/20/18 Recevied FedEx from MCU, Spoke with Archibald, 6/19/18 Received email from MCU, 6/8/18 Receoved call from DOJ, 3/2/18 Lavelle Jackson, 2/27/18 MCU NY Nets Tickets, 2/23/18 Kam's Suspension, 1/19/18 iPhone X at MCU, 1/17/18 NYUL Meeting, 5/19/17 MCU gift bags, 5/8/18 – 5/10/17 MCU Annual meeting Hilton NY and towers, 10/29/16 MCU-SP LV Wynn Las Vegas, 10/16/16 MCU Centenial Celebration NY Hilton, 8/11/16 CJC Meeting – requested leave of absence immediately, resigned from CJC, 8/2/16 MCU Park, 5/11/16 MCU Election Ash out, 3/23/16 Kam's Contract, 11/23/15 Kam's Evaluation, 10/17/15 - 10/22/15 MCU Closing ceremony San Juan, PR, 9/12/15 US Open Tickets, 6/10/15 MCU Supv. Meeting with Gio and Kam, 5/12/15 MCU Chair Press release,

Call Log

- GX#234: 10/10/19 Call from Lavelle Jackson