Look at what is moved into evidence as Apple exhibits 554 B and C?

Did you attempt to perform a forensic extraction of 4 of the devices listed in 554B and C, specifically the iPhone 6S and ipad Air 2 listed on the Bonsu Apple record, and the ipad air 2 and iphone x listed on the Porcelli record?

What was the result?