Sent from my iPhone

Begin forwarded message:

**From:** "Katz, Alona"
**Date:** November 24, 2021 at 10:11:13 AM EST
**To:** "Vestfrid, Borislav"
**Subject:**

One thing I'm going to ask is you if these messages exist in CP15 as well.