UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

                                                          19-cr-780 (LAK)

SYLVIA ASH,

          Defendant.
------------------------------------------------------------X

## ORDER

    Juror number 4, has informed the Court of a hardship when travelling from the courthouse at the end of the trial day. After consulting with the Clerk of Court, it has been determined it is impracticable for the juror to travel to the juror's residence at the end of the trial. In making the determination, the following factors have been considered: travel distance, travel time, travel conditions, and the time at which the trial day ends. Accordingly,

    IT IS HEREBY ORDERED, that the Clerk of Court shall pay invoices conforming with the travel policy proscribed by the Administrative Office of the United States Court, submitted by juror number 4 in connection with his lodging and subsistence.

SO ORDERED.

Dated: December *21*, 2021

                                                                           Hon. Lewis A Kaplan
                                                                           U.S.D.J.