UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SYLVIA ASH,<br><br>                Defendant. | Case No. 1:19-cr-00780 (LAK)<br><br>NOTICE OF MOTION |

**DEFENDANT SYLVIA G. ASH'S NOTICE OF MOTION PURSUANT TO RULE 33**

PLEASE TAKE NOTICE, that defendant Sylvia G. Ash, by and through her undersigned counsel, hereby moves this Court, before the Honorable Lewis A. Kaplan, for an order pursuant to Rule 33 of the Federal Rules of Criminal Procedure setting aside the jury's verdict and granting a new trial with respect to Counts One, Three, and Four of the Superseding Indictment in the above referenced case.

Dated: New York, New York
       December 22, 2021

Respectfully Submitted,

MORRISON & FOERSTER LLP

By: /s/ Carrie H. Cohen
    Carrie H. Cohen
    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 468-8000
    Email: CCohen@mofo.com

*Counsel for Defendant Sylvia G. Ash*