**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

December 22, 2021

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

*By ECF and By Overnight Delivery*

The Honorable Lewis A. Kaplan
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sylvia Ash*, 19 Cr. 780 (LAK)

Dear Judge Kaplan,

      Counsel for Ms. Ash respectfully submits this letter in connection with her motion filed pursuant to Rule 33 of the Federal Rules of Criminal Procedure (the "Rule 33 Motion") to set aside the jury's verdict and for a new trial with respect to Counts One, Three, and Four of the Superseding Indictment in the above-referenced matter. (ECF No. 158.) Undersigned counsel has conferred with the government and the parties jointly propose the following briefing schedule for such motion, which comports with the Court's direction that any motion be fully submitted on or before March 1, 2022, (Trial Tr. at 1070):

- Ms. Ash's opening brief due on January 21; 2022;

- The government's answer due on February 11, 2022; and

- Ms. Ash's reply brief, if any, due on February 18, 2022.

Respectfully submitted,

/s/ Carrie H. Cohen

Carrie H. Cohen

cc:  Counsel of Record (via ECF)