**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

January 13, 2022

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

*By ECF and Hand Delivery*

The Honorable Lewis A. Kaplan
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Application granted.

So Ordered: _____/s/_____
Hon. Lewis A. Kaplan
United States District Judge

Dated: 1/13/2022

Re:   *United States v. Sylvia Ash*, 19 Cr. 780 (LAK)

Dear Judge Kaplan,

We represent Ms. Sylvia Ash in the above captioned matter. We respectfully request that Ms. Ash be permitted to travel to the Washington, D.C. area for the upcoming holiday weekend to attend a family gathering. Ms. Ash would travel by car to the Washington, D.C. area on Friday, January 14, 2022 and would return to New York on Sunday, January 16, 2022. Ms. Ash would stay at the home of a relative and has provided that address to Pretrial Services Officer Lea Harmon, of the United States District Court Pretrial Services Office for the Southern District of New York, to whom Ms. Ash reports.

The government, by Assistant United States Attorney Eli Mark, and Pretrial Services Officer Lea Harmon, have no objection to this request.

Respectfully submitted,

/s/ Carrie H. Cohen

Carrie H. Cohen

cc:   Pretrial Services Officer Lea Harmon (via email)
      Counsel of record (by email and ECF)