UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                                                            19-cr-0780 (LAK)

SYLVIA ASH,

                Defendant.
------------------------------------------x

### ORDER ON DEFENDANT'S MOTION FOR A NEW TRIAL

LEWIS A. KAPLAN, *District Judge.*

        Defendant was convicted after a seven-day jury trial of conspiring to obstruct justice in violation of 18 U.S.C. § 371, obstruction of justice in violation of 18 U.S.C. 1512(c), and making a false statement to federal investigators in violation of 18 U.S.C. § 1001. She was acquitted of one count of obstruction of justice. She now moves for a new trial under Fed. R. Crim. P. 33 on the basis of claimed evidentiary errors and an allegedly erroneous ruling on a motion to suppress.

        Motions for a new trial are strongly disfavored. "[T]he standard for granting such a motion is strict." *United States v. Gambino,* 59 F.3d 353, 364 (2d Cir. 1995). Such a motion should be granted only in extraordinary circumstances." *United States v. McCourty,* 562 F.3d 458, 475 (2d Cir. 2009).

        Defendant, who bears the burden of showing entitlement to a new trial, *id.,* has not done so. In the Court's view, she has not even demonstrated that any of the evidentiary rulings presented a particularly difficult question, let alone that any of the Court's rulings abused its broad discretion. Her attack in the suppression ruling, which is reported at *United States v. Ash,* 464 F. Supp.3d 621 (S.D.N.Y. 2020), is without merit.

        The motion for a new trial (Dkt 158) is denied in all respects.

        SO ORDERED.

Dated:       February 23, 2022

                                                                       Lewis A. Kaplan
                                                           United States District Judge