USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

April 4, 2022

RECEIVED APR - 4 2022 JUDGE KAPLAN'S CHAMBERS

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

By ECF

The Honorable Lewis A. Kaplan
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sylvia Ash*, 19 Cr. 780 (LAK)

Dear Judge Kaplan,

   Counsel for Ms. Ash respectfully submits this letter to request a brief extension of the date by which the parties must make their sentencing submissions in the above-referenced matter. Sentencing is presently scheduled for April 20, 2022 at 3:00 p.m.

   Ms. Ash's sentencing submission is presently due on Wednesday, April 6, 2022 and the government's submission is due on Wednesday, April 13, 2022. Ms. Ash hereby requests that the date for her submission be adjourned until Friday, April 8, 2022 and that the due date for the government's submission be correspondingly adjourned until Friday, April 15, 2022.

   The government does not object to this request, based on its understanding that Ms. Ash does not intend to seek an adjournment of the April 20, 2022 sentencing date based on the brief adjournment of the sentencing submission dates requested herein.

Respectfully submitted,

/s/ Carrie H. Cohen

Carrie H. Cohen

cc:   Counsel of record (by email and ECF)

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
4/4/22

ny-2359053