**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



UNITED STATES OF AMERICA

v.

SYLVIA ASH,

Defendant.

Case No. 19-CR-780 (LAK)

[PROPOSED] **ORDER**
**EXONERATING BOND**

WHEREAS, on October 11, 2019, the Honorable Ona T. Wang ordered the release of

Ms. Ash on a $500,000 bond, secured by Ms. Ash's Brooklyn residence, and co-signed by three

financially responsible individuals as suretors.

WHEREAS, on December 16, 2019, the Court modified Ms. Ash's conditions of release

by, in relevant part, increasing the amount of the bond to $750,000 and increasing the number of

suretors to four. The bond remained secured by Ms. Ash's Brooklyn residence.

WHEREAS, Ms. Ash has fully complied with the terms of her bond.

WHEREAS, on April 20, 2022, this Court sentenced Ms. Ash to a term of 15 months'

incarceration and two years of supervised release. Ms. Ash completed the term of incarceration

and currently is on supervised release.

IT IS HEREBY ORDERED, upon the application of counsel for Ms. Ash, that Ms. Ash's

bond in this matter is exonerated and released and all suretors on Ms. Ash's bond and all

property also are released from any liability in connection with said bond.

Dated: New York, New York
December 19, 2023

SO ORDERED

The Honorable Lewis A. Kaplan
District Judge
United States District Court
Southern District of New York

2